UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDWIN MOLINA-HERNANDEZ,

Petitioner,

v.

J. JOHNSON, et al.

Respondents.

Case No. 5:26-cv-05875-JFW-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 13). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Judgment shall be entered granting Ground 3 of the Petition and dismissing Grounds 1, 2, 4, 5, 6, and 7 as moot.

2. Respondents shall provide Petitioner with an individualized custody determination before an Immigration Judge under 8 U.S.C. § 1226(a) **within**

**7 days**.

3. Respondents shall file a Status Report confirming that the bond hearing has taken place **within 3 days** of the hearing.

DATED: November 17, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE