JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN MOLINA-HERNANDEZ,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.<br>Respondents. | Case No. 5:26-cv-05875-JFW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Ground 3 of the Petition is granted, and Grounds 1, 2, 4, 5, 6, and 7 are dismissed as moot.

DATED: November 17, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE